# In the United States Court of Federal Claims

**No. 06-225 C**

**KELVIN DOYLE**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed August 21, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed for lack of subject matter jurisdiction. Each party is to bear its own costs.

Brian Bishop
Clerk of Court

August 22, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.